UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

------------------------------------

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, U.S. Department of Labor, | Case No. 1:13-cv-00153-MRB |
| Plaintiff, | Judge: Michael R. Barrett |
| v. | |
| **KIDS UNIVERSE LEARNING CENTER, LLC** and **PATRICIA A. RIGGS**, | |
| Defendants. | |

------------------------------------

## CONSENT JUDGMENT AND ORDER

Plaintiff has filed his complaint and the Defendants, without admitting any violations of the Act, have agreed to the entry of this Judgment in accordance with the Stipulation between the parties filed herein. Therefore, upon motion of the attorneys for Plaintiff and the Defendants, and for cause shown:

I

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, employees, successors, assigns and all persons in active concert or participation with them be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Act, in any of the following manners:

    (a)    Defendants shall not, contrary to sections 6 and 15(a)(2) of the Act, pay any of their employees who in any workweek are engaged in commerce or in the production of

1

goods for commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce (including any enterprise engaged in the operation of a preschool), within the meaning of the Act, wages at a rate less than the applicable minimum wage of $7.25 under the Act (or at a rate less than such other applicable minimum rate as may hereafter be established by amendment to the Act).

(b) Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce (including any enterprise engaged in the operation of a preschool), within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rate at which he is employed.

(c) Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516.

## II

Each party shall bear its/his/their own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including, but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

**IT IS SO ORDERED.**

Dated this  5th  day of  October , 2013.

/s/ Michael R. Barrett
**MICHAEL R. BARRETT**
United States District Judge

Entry of this Judgment is hereby consented to and notice by the Clerk to the Defendants is hereby waived:

| For Defendants, Kids Universe Learning Center, LLC and Patricia A. Riggs: | For Plaintiff, Thomas E. Perez, Secretary of Labor: |
|---|---|
| /s/ Peter A. Burr<br>**PETER A. BURR (40973)**<br>Trial Attorney | /s/ Matthew M. Scheff<br>**MATTHEW M. SCHEFF (82229)**<br>Trial Attorney |
| Dated: 9/30/13 | Dated: 9/30/13 |
| Barron Peck Bennie & Schlemmer, Co. LPA<br>3074 Madison Rd.<br>Cincinnati, OH 45209<br>(513) 721-1350<br>(513) 721-2301 (Fax)<br>pab@bpbslaw.com | United States Department of Labor<br>Office of Solicitor<br>1240 East Ninth St., Room 881<br>Cleveland, OH 44199<br>(216) 522-3878<br>(216) 522-7172 (Fax)<br>scheff.matthew@dol.gov |

OF COUNSEL:

M. PATRICIA SMITH
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

4